IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WENDY SHOFNER, et al., <br>     Plaintiffs, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO.: 2:10-cv-568-JRG |
| CONVERGYS CORPORATION, et al., <br>     Defendants. | § <br> § <br> § <br> § | |

## ORDER GRANTING SUPPLEMENTAL NOTICE

The Court, having reviewed and considered the Joint Motion to Reset Final Approval Hearing and Issue Supplemental Notice and the arguments and authorities regarding the same, is of the opinion that the Motion should be and hereby is GRANTED.

The Parties are hereby submitted to issue the supplemental Noticed submitted with the Joint Motion and to make any non-substantive changes to those documents as necessary for issuance.  The Court hereby resets the Final Approval Hearing for March 19, 2013 at 9:00 am.

The deadline for individuals to file a claim form and participate in the settlement is 60 (sixty) days after the date of this Order.  This is also the deadline for individuals to file exclusions from the settlement or file objections to the settlement.  The briefs and other materials identified in the Court's September 17, 2012 Preliminary Approval Order must be filed 20 days before the date of the Final Approval Hearing.

**So ORDERED and SIGNED this 17th day of December, 2012.**

                                                                        _____
                                                                         RODNEY GILSTRAP
                                                                         UNITED STATES DISTRICT JUDGE