**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WENDY SHOFNER, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:10-CV-568(JRG) |
| | § | |
| CONVERGYS CORPORATION, ET AL. | § | |

**Settlement Prove-Up
RODNEY GILSTRAP, JUDGE PRESIDING
March 19, 2013**

**OPEN: 9:00 am**                                                                                          **ADJOURN:   9:30 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Darren Coleman |
| | Derek Braziel |
| ATTORNEY FOR DEFENDANTS: | Deron Dacus |
| | Eugene Droder |
| LAW CLERK: | Nick Mathews |
| COURT REPORTER: | Susan Simmons |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Derek Braziel and Darren Coleman announced ready.   Deron Dacus and Eugene Droder announced ready.

9:07 – Derek Braziel presented the settlement to the Court.

9:18 – Eugene Droder responded for Defendants.

9:25 – The Court approved the settlement as reasonable.

9:30 – Court adjourned.